868 A.2d 1009

IN THE MATTER OF MARVIN LEHMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 009211974).

March 10, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–274, concluding that **MARVIN LEHMAN** of **ELIZABETH,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of trust funds), *RPC* 1.15(d) (failure to comply with recordkeeping requirements of *R.* 1:21–6) and *Rule* 1:21–6 (recordkeeping requirements);

And the Disciplinary Review Board having further concluded that respondent should be required to submit monthly certified reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of one year;

And good cause appearing;

It is ORDERED that **MARVIN LEHMAN** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.